1128

No. 72–5658.   CANTU v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 72–5660.   KOCHEL v. McKELDIN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 72–5666.   OTTOMANO v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 72–5674.   AGNEW v. DAMNER.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 72–5678.   FERRELL v. OKLAHOMA.   C. A. 10th Cir.   Certiorari denied.

No. 72–5679.   JACKSON v. ESTELLE, CORRECTIONS DIRECTOR, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 72–5680.   QUINONES-ALVARADO v. UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 72–5701.   BROUSSARD v. HENDERSON, WARDEN. C. A. 5th Cir.   Certiorari denied.

No. 72–5710.   SANDERS ET AL. v. WYMAN, COMMISSIONER, NEW YORK DEPARTMENT OF SOCIAL SERVICES, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 72–5716.   BENNETT v. DISTRICT DIRECTOR OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.

No. 72–5722.   CARTER v. SLAYTON, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 72–5723.   FORD v. ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.